# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TASHICA FULTON-GREEN, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACCOLADE, INC. | : | NO. 18-274 |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 12th day of June, 2018, upon consideration of the Joint Motion to Vacate Deadlines and Notice of Settlement (Doc. No. 17), it is **ORDERED** that:

1. The Joint Motion to Vacate Deadlines and Notice of Settlement (Doc. No. 17) is **GRANTED**.

2. The Scheduling Order dated April 30, 2018 (Doc. No. 15) is **VACATED**.

3. The parties shall file a joint motion for preliminary approval of class settlement on or before July 13, 2018.

4. The Motion to Dismiss Plaintiff's Complaint (Doc. No. 13) is **DEEMED MOOT**.

It is so ORDERED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE