UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TASHICA FULTON-GREEN, and DANIEL CREVAK, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>ACCOLADE, INC.,<br>Defendant. | Civil Action No.: 2:18-cv-00274-GEKP<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs, through their undersigned counsel, respectfully file this Motion for Final Approval of Class Action Settlement, and move the Court to enter the proposed Final Approval Order:

1. finally certifying the Settlement Class[1] pursuant to Federal Rules of Civil Procedure 23(a) and 23(b);

2. finally approving the Settlement of this action as fair, reasonable, and adequate pursuant to Rule 23(e);

3. finally appointing Plaintiffs as Settlement Class Representatives of the Settlement Class;

4. finally appointing Charles E. Schaffer of Levin Sedran & Berman, Bruce Steckler of Steckler Gresham Cochran PLLC, and John A. Yanchunis of Morgan & Morgan Complex Litigation Group. as "Class Counsel" for the Settlement Class;

---

[1] Unless otherwise defined, capitalized terms have the same meaning attributed to them in the Settlement Agreement ("SA"), previously filed at ECF No. 20-1, and as amended at ECF No. 26-1, and/or in the Memorandum filed in support of this motion.

5. finally appointing Epiq Systems, Inc. to serve as the Settlement Administrator, and Rodney Max as the Claims Referee;

6. finding that the Notice Program satisfied Rule 23 and due process; and

7. entering, in substantially similar form to Exhibit E of the Settlement Agreement (ECF. No. 20-6), the proposed Final Approval Order and dismissing this case.

This Motion is based on the accompanying Memorandum of Law; the accompanying Declaration of Cameron Azari on behalf of Epiq, the declaration of John Yanchunis filed in support of this motion, and the Declarations of Class Counsel previously filed with the Court in connection with Plaintiffs' Motion for Preliminary Approval, and all other records, pleadings and papers on file in this matter. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

Dated: June 24, 2019

Respectfully submitted,

s/ Charles E. Schaffer
Charles E. Schaffer
David C. Magagna Jr.
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

**STECKLER GRESHAM COCHRAN PLLC**
Bruce W. Steckler  (*pro hac vice* )
Texas Bar No. 00785039
12720 Hillcrest Road – Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
bruce@stecklerlaw.com

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice*)

201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
jyanchunis@ForThePeople.com

*Counsel for Plaintiffs and the Proposed Settlement Class*

## CERTIFICATE OF UNCONTESTED MOTION

    I hereby certify that this motion is uncontested and filed in accordance with the terms of the Parties' Settlement.

*/s/ Charles E. Schaffer*
Charles E. Schaffer